1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

12 ALAN HARRISON,                    )
                                     )
13        Plaintiff,                 ) CIVIL NO.  06-00321 SBA
                                     )
14        v.                         ) STIPULATION AND ORDER EXTENDING
                                     ) DEFENDANT'S TIME TO FILE
15 JO ANNE B. BARNHART,              ) RESPONSE TO PLAINTIFF'S
   Commissioner of Social Security,  ) MOTION FOR SUMMARY JUDGMENT
16                                   )
          Defendant.                 )
17 _____ )

18       IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

19 approval of the Court, that defendant Commissioner may have an extension of 30 days in which to

20 file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on June

21 30, 2006, pursuant to Civil L.R.16-5.  Defendant's response is now due on July 31, 2006.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

---

[1] See attached Declaration of Eric K. H. Chinn.

| | |
|---|---|
| 1 | This is defendant's first request. |

Dated: June 23, 2006

                     /s/
                 GLENN M. CLARK
                 Attorney for Plaintiff

                 KEVIN V. RYAN
                 United States Attorney

Dated: June 23, 2006      By:    /s/
                                SARA WINSLOW
                                Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 6/30/03                      _____
                                      SAUNDRA B. ARMSTRONG
                                      United States District Judge

HARRISON, EXT.MXSJ (ec)
C 06-00321 SBA                2

1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

| ALAN HARRISON, | ) | |
|---|---|---|
| Plaintiff, | ) | CIVIL NO. 06-321 SBA |
| v. | ) | |
| JO ANNE B. BARNHART, | ) | DECLARATION OF MARY P. PARNOW IN SUPPORT OF DEFENDANT'S REQUEST FOR EXTENSION OF TIME |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

18       ERIC K.H. CHINN declares the following:

19       1.   I am an Assistant Regional Counsel in the Office of the General Counsel for the United

20  States Social Security Administration ("SSA"), Region IX, am competent and authorized to make this

21  declaration, and make each statement herein on the basis of my own personal knowledge.

22       2.   This case is actively being reviewed for settlement purposes on behalf of Defendant Jo

23  Anne B. Barnhart, Commissioner of Social Security.

HARRISON, DECLARATION (ec)
C 06-321 SBA

1    3.   To ensure an adequate opportunity to complete that review and in the interest of promoting settlement, I request a 30-day extension of time to respond to Plaintiff's Motion For Summary Judgment Or Remand.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED:  San Francisco, California on June 19, 2006.

By     /s/
ERIC K. H. CHINN
Declarant

HARRISON, DECLARATION (ec)
C 06-321 SBA                    2