Glenn M. Clark, SBN #91371
MILLER, CLARK, CALVERT & OBENOUR
2222 Martin Luther King Jr. Way
Berkeley, California 94704
(510) 848-7200

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALAN HARRISON, | **Civil No. 06-00321 SBA** |
| Plaintiff, | **REVISED STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE REPLY BRIEF FOR SUMMARY JUDGEMENT** |
| v. | |
| JOANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Alan Harrison may have an extension of 15 days in which to file his Reply to defendant's motion for summary judgment.[1]  Plaintiff's response was due August 14, 2006, pursuant to Civil L.R.16-5.  Plaintiff's Reply is now due August 29, 2006.

This is plaintiff's first request.

///

---

[1] See attached Declaration of Glenn M. Clark

STIP. & ORDER EXTENDING PLT'S. TIME TO FILE REPLY BRIEF - 1 -

```
DATE:  July 31, 2006            S/
                                GLENN M. CLARK
                                Attorney for Plaintiff




                                KEVIN V. RYAN
                                United States Attorney




DATE:  8/1/06                      S/
                                SARA WINSLOW
                                Assistant United States Attorney
```

PURSUANT TO STIPULATION, IT IS SO ORDERED:

```
DATE:  8/9/06                   /s/ Saundra B. Armstrong
                                SAUNDRA B. ARMSTRONG
                                United States District Judge
```

[harra.st2]
gmc#72A

STIP. & ORDER EXTENDING PLT'S. TIME TO FILE REPLY BRIEF - 2 -